AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
CLERKS OFFICE
2003 DEC 16 A 11: 39
U.S. DISTRICT COURT
DISTRICT OF MASS.

Johanz X. Santos, ppa Denise Colon,
Denise Colon, Indvidually, Jesus Santos

V.

Bob's Discount Furniture; Regent
Home Delivery, Agniliz Acostas, Raul Santos

**SUMMONS IN A CIVIL CASE**

CASE 03- 12210 MLW

TO: (Name and address of Defendant)   Raul Santos

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David P. Angueira, Esq., Swartz & Swartz, 10 Marshall Street, Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

NOV 10 2003

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772
*Hampden, ss.*

December 4, 2003

I hereby certify and return that on 12/3/2003 at 12:40 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to RAUL SANTOS at 49 EUREKA Street, APT. 3 SPRINGFIELD, MA 01104 <>.Attestation X 1 ($5.00), Conveyance ($2.10), Travel ($4.48), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $42.58

Deputy Sheriff ALFRED B. BADONE

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.