AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT CLERKS OFFICE FILED

District of __Massachusetts__  DEC 16  A 11: 39

Johanz X. Santos, ppa Denise Colon,
Denise Colon, Indvidually, Jesus Santos

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

Bob's Discount Furniture; Regent
Home Delivery, Agniliz Acostas, Raul Santos

**SUMMONS IN A CIVIL CASE**

03    12210 MLW

CASE

TO: (Name and address of Defendant)   Regent Home Delivery

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
David P. Angueira, Esq., Swartz & Swartz, 10 Marshall Street, Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   NOV 1 0 2003

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE November 22, 2003 |
|---|---|
| NAME OF SERVER (PRINT)    Wayne T. Vendetto | TITLE   State Marshal |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the third-party defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify):  papers were served in hand to ROBERTA BRIDGES, DC/
    Operations Executive Administrator of Bob's Discount Furniture,
    Inc., who accepted service for Bob's Discount Furniture, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL $12.96/copies $8.00 | SERVICES $30.00/Endorse $.80 | TOTAL $51.76 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-22-2003          _____
                 Date                    Signature of Server    Wayne T. Vendetto, State Marshal

                               P.O. Box 964, New London, CT 06320
                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.