UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JOHANZ SANTOS, et al,            )
Plaintiff(s),                         )
                                      )
        v.                          )    C.A. No. 03-12210-MLW
                                      )
BOB'S DISCOUNT FURNITURE,    )
        Defendant(s),                  )



ORDER


WOLF, D.J.                                        April 6, 2004

        The parties in this case were issued a Memorandum and Order [8],

asking whether they would consent to reassignment of this case for all

purposes to Magistrate Judge Cohen pursuant to 28 U.S.C. § 636(c)(1)

and (3), and informing them that if they did not respond their consent

would be inferred.  Neither party has responded.  Thus, all parties are

deemed to have consented.  Accordingly, this cases is hereby REASSIGNED

to Magistrate Judge Cohen for all purposes, pursuant to 28 U.S.C. §

636(c)(1) and (3).




                                /s/ Mark L. Wolf