UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHISETTS

FILED
CLERK'S OFFICE

| | |
|---|---|
| JOHANZ X. SANTOS, ppa, DENISE COLON, DENISE COLON, Individually, JESUS SANTOS, <br><br> Plaintiffs, <br><br> v. <br><br> BOB'S DISCOUNT FURNITURE; REGENT HOME DELIVERY; AGNILIZ ACOSTAS; RAUL SANTOS, <br><br> Defendants. | C.A. No.: 03-12210 MLW <br><br> DISTRICT COURT <br> DISTRICT OF MASS. |

### PLAINTIFF'S, JOHANZ X. SANTOS, PPA, DENISE COLON, DENISE COLON, INDIVIDUALLY, AND JESUS SANTOS, INITIAL DISCLOSURE PURSUANT TO FED. R. CIV. P. 26(a)(1)

Pursuant to Federal Rule of Civil Procedure 26(a)(1), plaintiffs Johanz X Santos, ppa, Denise Colon, Denise Colon, Individually, and Jesus Santos ("plaintiffs") respectfully submits their initial disclosure statement. In accordance with Rule 26(a)(1), plaintiffs hereby make their initial disclosures based upon information reasonably available to them at the time.

A.  **Rule 26(a)(1)(A)**
    [T]he name and, if known the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

1. Denise Colon
   1813 North 45th Street
   Pennsauken, NJ 08110
   (plaintiff)

2. Jesus M. Santos
   1813 North 45th Street
   Pennsauken, NJ 08110
   (Plaintiff)

3. Johanz X Santos
   1813 North 45th Street
   Pennsauken, NJ 08110
   (Plaintiff, minor)

4. Agniliz Acosta
   366 Summer Ave, 1st Floor
   Springfield, MA 01108
   (Defendant)

5. Raul Santos
   49 Eureka Street Apt.3
   Springfield, MA 01104
   (Defendant)

6. Raul Santos
   66 Mattoon Street, Apt#15
   Springfield, MA

7. Reshawn Holmes
   23 William Sands Jr. Road
   Springfield, MA

8. Deanna Green
   927 Worthington Street, Apt#2-B
   Springfield, MA

9. Luis Santiago
   27 Federal Street, Apt#E1
   Springfield, MA

10. Juan Burgos-Montes
    40 Worthington Street, Apt#103
    Springfield, MA

Further discovery and developments in this case may dictate the need to identify additional individuals likely to possess discoverable information that the plaintiff may use to support its claims or defenses.

**B.  Rule 26(a)(1)(B)**
**[A] copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the party may use to support its claims or defenses, unless solely for impeachment.**

The plaintiff identifies the following as documents that it may use to support its claims or defenses in this case:

1. Baystate Medical Center medical records; and

2. Voorhees Pediatric Rehabilitation Hospital medical reports and notes.

Further discovery and developments in this case may dictate the need to identify additional relevant documents and/or tangible objects that plaintiff may use to support its claims or defenses.

**C.  Rule 26(a)(1)(C)**
**[A] computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

1. Plaintiff's Medical Bills:
   Barbara J. Leech, Ph. D;
   Baystate Medical Center; and
   Cooper Health System Clinic.

   Amount: $ 26, 440.39

3

2. Plaintiff's Lost Wages
Amount: $48,000.00

3. Plaintiff's Pain and Suffering
Amount: $250,000.00

4. Plaintiff's Scarring and Disfigurement
Amount: $250, 000.00

Further discovery and development of damages in this case may dictate the need to identify additional relevant documents on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

D. **Rule 26(a)(1)(D)**
**[F]or inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

Dated this 11 day of June 2004.

Plaintiff
Johanz X Santos, ppa, Denise Colon,
Denise Colon, Individually, and
Jesus Santos
By His Attorneys,

_____
Edward M. Swartz, BBO#489540
David P. Angueira, BBO#019610
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA  02108
(617) 742-1900

## CERTIFICATE OF SERVICE

I, David P. Angueira, attorney for the plaintiffs, Johanz X Santos, ppa, Denise Colon, Denise Colon, Individually, and Jesus Santos, hereby certify that on the 11 day of June, 2004, a true copy of the foregoing Plaintiffs Johanz X Santos, ppa, Denise Colon, Denise Colon, Individually, and Jesus Santos Initial Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1), was served by mail, postage prepaid, directed to:

Dwight D. Valentine, Esq.
Niarchos, Sullivan, Valentine & Malay
50 Staniford Street
Boston, MA  02114

John D. Curran, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy MA  02171

_____
David P. Angueira