UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHISETTS

FILED
IN CLERKS OFFICE

2004 JUN 14 P 12: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOHANZ X. SANTOS, ppa, DENISE COLON,    )    C.A. No.: 03-12210 MLW
DENISE COLON, Individually, JESUS SANTOS, )
                                         )
              Plaintiffs,                )
                                         )
      v.                                 )
                                         )
BOB'S DISCOUNT FURNITURE; REGENT         )
HOME DELIVERY; AGNILIZ ACOSTAS;          )
RAUL SANTOS,                             )
                                         )
              Defendants.                )
                                         )

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF JOHANZ X. SANTOS, PPA, DENISE COLON, DENISE COLON, INDIVIDUALLY, AND JESUS SANTOS

Pursuant to United States district Court Local Rule 16.1 (D)(3), Plaintiffs Johanz X Santos, ppa, Denise Colon, Denise Colon, Individually, and Jesus Santos, through their authorized representative, certifies that they have conferred with undersigned counsel regarding the budget for the costs of conducting the full course, including various alternative courses, of this litigation. Plaintiffs and counsel have also conferred regarding the resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in United States district Court Local Rule 16.4.

Edward M. Swartz, BBO#489540
David P. Angueira, BBO#019610
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA 02108
(617) 742-1900

1

## CERTIFICATE OF SERVICE

I, David P. Angueira, attorney for the plaintiffs, Johanz X Santos, ppa, Denise Colon, Denise Colon, Individually, and Jesus Santos, hereby certify that on the _//_ day or June, 2004, a true copy of the foregoing Local Rule 16.1(D)(3) Certification of Johanz X Santos, ppa, Denise Colon, Denise Colon, Individually, and Jesus Santos, was served by mail, postage prepaid, directed :

Dwight D. Valentine, Esq.
Niarchos, Sullivan, Valentine & Malay
50 Staniford Street
Boston, MA  02114

John D. Curran, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy MA  02171

David P. Angueira

2