UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

JOHANZ X. SANTOS, ppa, DENISE COLON, )
DENISE COLON, Individually, JESUS SANTOS, )
)
               Plaintiffs, )
)
       v. )
)
BOB'S DISCOUNT FURNITURE; REGENT )
HOME DELIVERY; AGNILIZ ACOSTAS; )
RAUL SANTOS, )
)
               Defendants. )

C.A. No.: 03-12210-MLW

2004 JUL -9 P 12: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

### PLAINTIFF'S RESPONSE TO COURT ORDER OF JUNE 7, 2004

The Plaintiffs assent to the transfer of this case to the Western Section of this Court in Springfield.

Respectfully Submitted
By Their Attorneys,

Edward M. Swartz
BBO#489540
David P. Angueira
BBO#019610
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA 02108
(617) 742-1900

## CERTIFICATE OF SERVICE

I, David P. Angueira, do hereby certify that I have served a copy of the within Plaintiffs Response to Court Order of June 7, 2004 upon the Defendants by mailing same, first class mail, postage prepaid, to all counsel, to wit:

Dwight D. Valentine, Esq.
Niarchos, Sullivan, Valentine & Malay
50 Staniford Street
Boston, MA  02114

John D. Curran, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy MA  02171

Dated: July 8, 2004                               David P. Angueira