UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSUETTS

FILED
CLERK'S OFFICE

C.A. NO. 03-12210-MLW

2004 JUL 12 P 3: 49

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| JOHANZ X. SANTOS, ppa, DENISE COLON, DENISE COLON, Individually, JESUS SANTOS<br>Plaintiffs, | )<br>)<br>)<br>) |
| V. | ) |
| BOB'S DISCOUNT FURNITURE; REGENT HOME DELIVERY; AGNALIZ ACOSTAS; RAUL SANTOS<br>Defendants. | )<br>)<br>)<br>)<br>) |

## RESPONSE OF THE DEFENDANTS AGNALIZ ACOSTAS AND RAUL SANTOS TO THE COURT ORDER OF JUNE 7, 2004

The Defendants, Agnaliz Acostas and Raul Santos assent to the transfer of the case to the Western Section of the Court in Springfield.

Respectfully submitted,
Agnaliz Acostas and Raul Santos,
By their attorney,

John D. Curran, Esq.
BBO #547069
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA 02171
(617) 770-2214

Dated: July 9, 2004

-1-

Q:\Lawyers\John Curran\Insco\Concord Group\22221\Response to Order.doc

## CERTIFICATE OF SERVICE

I, John D. Curran, attorney for the Defendants, Agnaliz Acostas and Raul Santos, do hereby certify that on this day I mailed a copy of the within Response of the Defendants to the Court Order of June 7, 2004, by first class mail, postage prepaid, to:

> Edward M. Swartz, Esq.
> David P. Angueira, Esq.
> Swartz & Swartz
> 10 Marshall Street
> Boston, MA  02108

Dated: July 7, 2004

John D. Curran

-2-

Q:\Lawyers\John Curran\Insco\Concord Group\22221\Response to Order.doc