**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**JOHANZ SANTOS, et al**
　　　　　　　　　　**Plaintiff**　　　　　　　　　　**Civil Action**

　　　V.　　　　　　　　　　　　　　　　　　　**No. 03-12210-MLW**

**BOB'S DISCOUNT FURNITURE, et al**
　　　　　　　　　　**Defendant**

**O R D E R**

**WOLF, D.J.**

　　Pursuant to the provisions of Rule 40.1(d) of the Local Rules, the above-entitled case is hereby transferred to the Springfield session of this court for all further proceedings.

　　　　　　　　　　　　　　　　By The Court,

　　　　　　　　　　　　　　　　/s/ Dennis O'Leary
　　　　　　　　　　　　　　　　Deputy Clerk

Date: July 29, 2004


Copies to:　　　　Counsel, Operations Manager


(transfer-spfld.wpd - 7/99)　　　　　　　　　　　　　　　　　　　　　　[divtranout.]