UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 03CV12210KPN

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JOHANZ X. SANTOS, ppa DENISE
COLON, DENISE COLON,
Individually, JESUS SANTOS,
    Plaintiffs

VS.

BOB'S DISCOUNT FURNITURE,
REGENT HOME DELIVERY,
AGNILIZ ACOSTAS, RAUL SANTOS,
    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

Please withdraw my appearance as attorney for the Defendant, Bob's Discount Furniture, in the above-entitled case. This notice is accompanied by the appearance of my successor counsel, Richard F. Faille. No trial date has been set in this case.

        THE DEFENDANT,
        BOB'S DISCOUNT FURNITURE, INC.
        By Its Attorney


        /s/ Dwight D. Valentine
        Dwight D. Valentine, Esquire, BBO#: 507200
        Niarchos, Sullivan, Valentine & Malay
        50 Staniford Street, 8th Floor
        Boston, MA   02114
        (617) 523-2407
        Dwight.Valentine@stpaul.com