UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 03CV12210KPN

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                               *
JOHANZ X. SANTOS, ppa DENISE                   *
COLON, DENISE COLON,                           *
Individually, JESUS SANTOS,                    *
      Plaintiffs                               *
                                               *
VS.                                            *
                                               *
BOB'S DISCOUNT FURNITURE,                      *
REGENT HOME DELIVERY,                          *
AGNILIZ ACOSTAS, RAUL SANTOS,                  *
      Defendants                               *
                                               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

Please enter my appearance as attorney for the Defendant, Bob's Discount Furniture, in the above-entitled case.

THE DEFENDANT,
BOB'S DISCOUNT FURNITURE, INC.
By Its Attorney

/s/ Richard F. Faille
Richard F. Faille, Esquire, BBO#: 157640
Law Offices of Faille, Birrell & Daniels
1414 Main Street, Suite 2200
Springfield, MA 01144
(413) 747-5170
Richard.Faille@stpaul.com