UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 03CV12210KPN

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
|  |  |
|---|---|
| JOHANZ X. SANTOS, ppa DENISE COLON, DENISE COLON, Individually, JESUS SANTOS,     Plaintiffs | \* \* \* \* \* |
| VS. | \* \* |
| BOB'S DISCOUNT FURNITURE, REGENT HOME DELIVERY, AGNILIZ ACOSTAS, RAUL SANTOS,     Defendants | \* \* \* \* \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATION

The undersigned certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - - and various alternative courses - - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

                                        THE DEFENDANT,
                                        BOB'S DISCOUNT FURNITURE, INC.
                                        By Its Attorney

| | |
|---|---|
| /s/ Renee B. Venne | /s/ Richard F. Faille |
| Renee B. Venne, Sr. Claim Representative | Richard F. Faille, Esquire, BBO#: 157640 |
| The St. Paul Travelers Companies, Inc. | Law Offices of Faille, Birrell & Daniels |
| Insurer for Bob's Discount Furniture, Inc. | 1414 Main Street, Suite 2200 |
| Renee.Venne@stpaul.com | Springfield, MA 01144 |
| | (413) 747-5170 |
| | Richard.Faille@stpaul.com |