UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHANZ X. SANTOS, ppa DENISE )
COLON, DENISE COLON, Individually )
JESUS SANTOS, )
                Plaintiffs )
                 )
    v. )    Civil Action No. 03-12210-KPN
                 )
                 )
BOB'S DISCOUNT FURNITURE, et al., )
                Defendants )

SCHEDULING ORDER
September 24, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

    1.    All remaining written discovery shall be served by December 30, 2004.

    2.    Non-expert depositions shall be completed by March 17, 2005.

    3.    Counsel shall appear for a case management conference on March 18, 2005, at 11:00 a. m. in Courtroom Three.

    4.    Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by June 1, 2005, and depositions of those experts shall be completed by May 1, 2005.

    5.    Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by July 1, 2005, and

depositions of those experts shall be completed by July 29, 2005.

IT IS SO ORDERED.

DATED: September 24, 2004

                                                      /s/ Kenneth P. Neiman  
                                                    KENNETH P. NEIMAN  
                                                    U.S. Magistrate Judge