AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Johan X. Santos, ppa Denise Colon,
Denise Colon, individually, Jesus Santos,
Plaintiffs

v.

Bob's Discount Furniture,
Regent Home Delivery, Agniliz Acostas,
Raul Santos, Defendants

**APPEARANCE**

Case Number: 03-12210 MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for ~~Any~~ Agniliz Acostas and Raul Santos

Date: Sept 24, 2004

Signature

Print Name: John P. Connor
Smith & Brink, PC.
Address: 191 Chestnut St.
City: Springfield  State: MA  Zip Code: 01103
Phone Number: 413 746-8122