UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JOHANZ X. SANTOS, ppa, DENISE COLON, Individually, JESUS SANTOS,<br>　　　Plaintiffs<br><br>VS.<br><br>BOB'S DISCOUNT FURNITURE,<br>REGENT HOME DELIVERY,<br>AGNILIZ ACOSTAS, RAUL SANTOS,<br>　　　Defendants | )　C.A. NO.: 03-cv-12210-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF BOB'S DISCOUNT TO FILE COUNTERCLAIM**

　　　Now comes the Defendant, Bob's Discount Furniture, Inc., and says that this is a case where the minor Plaintiff ran out in front of the Defendant's parked motor vehicle and struck the motor vehicle owned and operated by the other two Defendants in this case. The basis of the Counterclaim is that the parents of the minor child failed to properly supervise or insure supervision of this 7 year old boy who was playing near a very busy street were negligent and that was in whole or in part the cause of the minor Plaintiff's injuries.

　　　WHEREFORE, the Defendant, Bob's Discount Furniture, Inc., moves for leave to file a Counterclaim, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　　THE DEFENDANT,
　　　　　　　　　　　　　　　　　　BOB'S DISCOUNT FURNITURE
　　　　　　　　　　　　　　　　　　By Its Attorney


　　　　　　　　　　　　　　　　　　/s/ Richard F. Faille
　　　　　　　　　　　　　　　　　　Richard F. Faille, Esquire, BBO#: 157640
　　　　　　　　　　　　　　　　　　Law Offices of Donald E. Phillips
　　　　　　　　　　　　　　　　　　1414 Main Street, Suite 2200
　　　　　　　　　　　　　　　　　　Springfield, MA 01144
　　　　　　　　　　　　　　　　　　(413) 747-5170
　　　　　　　　　　　　　　　　　　Richard.Faille@stpaul.com