UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHANZ X. SANTOS, ppa, DENISE COLON, DENISE COLON, Individually, JESUS SANTOS,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>BOB'S DISCOUNT FURNITURE; REGENT HOME DELIVERY; AGNILIZ ACOSTAS; RAUL SANTOS,<br><br>　　　　　　Defendants. | C.A. No.: 03- 12210 MLW |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO RECONSIDER

The defendant's basis for filing this motion so late in the proceedings is based on what it alleges as recently discovered evidence. However, the defendant has been on notice of the claim for more than one year. Pursuant to MGL c. 176D the defendant's insurance company had an obligation to conduct a prompt and thorough investigation of this claim. Any such properly conducted investigation should have revealed the same facts the defendant now alleges it just recently learned i.e. alleged lack of supervision by the parents. The defendant either did not conduct the investigation it should have conducted or it did have this information and is now alleging recent discovery. The only way to be certain is to require the defendant and its insurer to provide the Court with all its investigation documents including witness statements taken as part of its investigation. Since the defendant through its insurer had an obligation to conduct a prompt investigation it either did not fulfill that obligation or the defendant is not being straightforward with the Court in alleging it did not have a good faith basis to bring a counterclaim prior to October 29, 2004. If the investigation files disclose that the defendant was aware of this alleged lack of supervision by the minor plaintiff's parents then the defendant's motion should be dismissed and the defendant sanctioned for misrepresenting facts to the Court.

Respectfully Submitted
By Their Attorneys,

/s/ David P. Angueira
Edward M. Swartz
BBO#489540
David P. Angueira
BBO#019610
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA  02108
(617) 742-1900

## CERTIFICATE OF SERVICE

    I, David P. Angueira, do hereby certify that I have served a copy of the within of Plaintiff's Opposition to Defendant's Motion to File Counterclaim upon the Defendants:

By Electronic Filing:
Richard F. Faille, Esq.
Faille, Birrell & Daniels
22nd Floor
1414 Main Street
Springfield, MA 01144

By First Class Mail:
James F. Roux, Esq.,
John P. Connor
Smith & Brink, PC
191 Chestnut Street - Suite 3D
Springfield MA  01103

                                            /s/ David P. Angueira
                                            David P. Angueira, BBO# 019610

Dated: December 14, 2004