UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHISETTS

| | | |
|---|---|---|
| JOHANZ X. SANTOS, ppa, DENISE COLON, | ) | C.A. No.: 03-12210 MLW |
| DENISE COLON, Individually, JESUS SANTOS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOB'S DISCOUNT FURNITURE; REGENT | ) | |
| HOME DELIVERY; AGNILIZ ACOSTAS; | ) | |
| RAUL SANTOS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## PLAINTIFF'S REPLY TO COUNTERCLAIM

1.      Admitted
2.      Admitted
3.      Denied as worded
4.      Denied
5.      Denied

Wherefore the counterclaim filed by the defendant should be denied.

Respectfully Submitted
By Their Attorneys,

/s/David P. Angueira
_____
Edward M. Swartz
BBO#489540
David P. Angueira
BBO#019610
SWARTZ & SWARTZ
10 Marshall Street
Boston, MA  02108
(617) 742-1900

## CERTIFICATE OF SERVICE

I, David P. Angueira, do hereby certify that I have served a copy of the within Plaintiffs Reply to Counterclaim upon the Defendants to wit:


Electronically:
Dwight D. Valentine, Esq.
Niarchos, Sullivan, Valentine & Malay
50 Staniford Street
Boston, MA  02114

By First Class Mail:
John D. Curran, Esq.
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy MA  02171


                                        /s/David P. Angueira
                                        _____

                                        David P. Angueira

Dated: December 20, 2004