UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HAMPDEN, SS.                                    CIVIL ACTION NO: 03-02210MLW

JOHANZ X. SANTOS, ppa DENISE
COLON, DENISE COLIN, Individual,
JESUS SANTOS,
      Plaintiffs

v.

BOB'S DISCOUNT FURNITURE;
REGENT HOME DELIVERY;
AGNILIZ ACOSTAS; RAUL SANTOS
      Defendants

## NOTICE OF APPEARANCE

TO THE ABOVE NAMED COURT:

    Please enter my appearance as counsel on behalf of the Defendants, Agniliz Acostas and Raul Santos.

_____                           Dated: 12/17/04
James F. Roux, Esq.
BBO #553142
Smith & Brink, P.C.
191 Chestnut Street
Suite 3D
Springfield, MA 01103
(413) 746-8122

## CERTIFICATE OF SERVICE

I hereby certify that I have this day forwarded, via first class mail, postage prepaid, a copy of the within document direct to:

Edward M. Swartz, Esq.
Swartz and Swartz
10 Marshall Street
Boston, MA 02108

Richard F. Faille, Esq.
Law Offices of Donald E. Phillips
1414 Main Street, Suite 2200
Springfield, MA 01144

_____    Dated: __12/10/04__
James Roux, Esq.
BBO #629314