UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JOHANZ X. SANTOS, ppa, DENISE COLON, Individually, JESUS SANTOS, Plaintiffs | ) ) ) ) |
| VS. | ) ) |
| BOB'S DISCOUNT FURNITURE, REGENT HOME DELIVERY, AGNILIZ ACOSTAS, RAUL SANTOS, Defendants | ) ) ) ) ) |

C.A. NO.: 03-cv-12210-MAP

## MOTION OF THE DEFENDANT, BOB'S
## DISCOUNT FURNITURE, PURSUANT TO RULE 37

Now comes the Defendant, Bob's Discount Furniture, and moves that the minor Plaintiff,

Johanz X. Santos, be required to appear for his deposition. The Defendant assigns as reasons

therefor those matters more specifically set forth in the attached Memorandum.

## CERTIFICATION

This is to certify that the Movant in good faith conferred with the Plaintiff in an effort to

secure the disclosure without Court action.

THE DEFENDANT,
BOB'S DISCOUNT FURNITURE
By Its Attorney

Richard F. Faille, Esquire
Law Offices of Donald E. Phillips
1414 Main Street, Suite 2200
Springfield, MA 01144
(413) 747-5170, BBO#: 157640
Fax No.: (413) 739-0221
Richard.Faille@stpaultravelers.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| JOHANZ X. SANTOS, ppa, DENISE COLON, Individually, JESUS SANTOS, Plaintiffs | ) ) ) | C.A. NO.: 03-cv-12210-MAP |
| | ) | |
| VS. | ) | |
| | ) | |
| BOB'S DISCOUNT FURNITURE, REGENT HOME DELIVERY, AGNILIZ ACOSTAS, RAUL SANTOS, Defendants | ) ) ) ) | |

## CERTIFICATE OF SERVICE

I, Richard F. Faille, Attorney for the Defendant, Bob's Discount Furniture, hereby certify

that on February 24, 2005 I made service of the Motion of the Defendant, Bob's Discount

Furniture, Pursuant to Rule 37 and Memorandum in Support of the Motion of the Defendant,

Bob's Discount Furniture, Pursuant to Local Rule 37, by mailing a copy of the same, postage

prepaid, to:

Edward M. Swartz, Esquire
David P. Angueira, Esquire
Swartz & Swartz
10 Marshall Street
Boston, MA   02108

James F. Roux, Esquire
Smith & Brink, P.C.
191 Chestnut Street, Suite 3D
Springfield, MA   01103

John D. Curran, Esquire
Smith & Brink, P.C.
122 Quincy Shore Drive
Quincy, MA   02171


Richard F. Faille, Esquire
Attorney for the Defendant,
Bob's Discount Furniture
Law Offices of Donald E. Phillips
1414 Main Street, Suite 2200
Springfield, MA   01144
(413) 747-5170, BBO#:  157640
Fax No.:  (413) 739-0221
Richard.Faille@stpaultravelers.com

2