UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHANZ X. SANTOS, et al.,           )
            Plaintiffs    )
                          )
                          )
    v.            )    Civil Action No. 03-12210-MAP
                          )
                          )
BOB'S DISCOUNT FURNITURE,           )
INC., et al.,                       )
            Defendants    )

SETTLEMENT ORDER OF DISMISSAL
March 18, 2005

The court, having been advised on <u>March 18, 2005,</u> that the above-entitled action has been settled between the Plaintiffs and Defendants Agniliz Acostas and Raul Santos only;

IT IS ORDERED that this action is hereby dismissed without costs and with prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

                                      By the Court,

                                      /s/ Bethaney A. Healy
                                      Bethaney A. Healy
                                      Deputy Clerk