UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHANZ X. SANTOS, ppa DENISE )
COLON, DENISE COLON, Individually )
JESUS SANTOS, )
                     Plaintiffs )
                      )
     v. )   Civil Action No. 03-12210-KPN
                      )
                      )
BOB'S DISCOUNT FURNITURE, et al., )
                     Defendants )

REVISED SCHEDULING ORDER
March 18, 2005

NEIMAN, U.S.M.J.

The following revised schedule was established at the case management conference held this day:

1. Defendant Bob's Discount Furniture shall file its motion for summary judgment by April 22, 2005, to which Plaintiffs shall respond by May 6, 2005.

2. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by June 1, 2005, and depositions of those experts shall be completed by May 1, 2005.

3. Defendant Bob's Discount Furniture shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by July 1, 2005, and depositions of those experts shall be

completed by July 29, 2005.

    IT IS SO ORDERED.

DATED: March 18, 2005

                                                  /s/ Kenneth P. Neiman  
                                                KENNETH P. NEIMAN  
                                                U.S. Magistrate Judge