**Swartz & Swartz**
ATTORNEYS AT LAW
*The John & Ebenezer Hancock House on The Freedom Trail*
NUMBER TEN MARSHALL ST., BOSTON, MASSACHUSETTS 02108
617-742-1900   •   FAX • 617-367-7193

April 5, 2005

Clerk Bethaney Healy
United States District Court
District of Massachusetts
Western Division
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

Re: **Santos v. Bob's Discount Furniture, Inc. et al**
**USDC C.A. NO. 03-cv-12210-KPN**

Dear Ms. Healy:

Please note that the court's revised scheduling order dated March 18, 2005 indicated the Plaintiffs shall designate and disclose information regarding their trial experts by June 1, 2005 and that those experts shall be deposed by May 1, 2005. I believe these dates should be reversed to reflect disclosure by May 1, 2005 and depositions completed by June 1, 2005.

Thank you for your usual cooperation.

Yours truly,

David P. Angueira

DPA/kjb
Enclosure
cc:   Richard F. Faille, Esq.
      James R. Roux, Esq.