UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHISETTS

| | |
|---|---|
| JOHANZ X. SANTOS, ppa, DENISE COLON, ) <br> DENISE COLON, Individually, JESUS SANTOS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BOB'S DISCOUNT FURNITURE; REGENT ) <br> HOME DELIVERY; AGNILIZ ACOSTAS; ) <br> RAUL SANTOS, ) <br> ) <br> Defendants. ) <br> _____) | C.A. No.: 03- 12210 MLW |

**PROPOSED ORDER**

The Defendant shall make the truck involved in the Plaintiff's accident available for inspection by Plaintiff's expert on or before April 22, 2005. If the accident truck is not available the Defendant shall produce for inspection a substantially similar truck. If the Defendant cannot produce any truck then the Defendant shall provide Plaintiff's counsel with all requested dimensions as required by Plaintiff's expert. All information ordered hereby shall be provided no later than April 22, 2005.

_____

Dated: April ___, 2005