UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHISETTS

| | |
|---|---|
| JOHANZ X. SANTOS, ppa, DENISE COLON, ) <br> DENISE COLON, Individually, JESUS SANTOS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BOB'S DISCOUNT FURNITURE; REGENT ) <br> HOME DELIVERY; AGNILIZ ACOSTAS; ) <br> RAUL SANTOS, ) <br> ) <br> Defendants. ) <br> _____) | C.A. No.: 03- 12210 MLW |

**PLAINTIFF'S MOTION TO EXPEDITE THE TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION**

The Plaintiff requests the time to respond to Plaintiff's motion to compel inspection be shortened to seven days. As reason for the motion the Plaintiff submits their expert disclosers are due on 05/01/05.[1] In order to complete the inspection and disclose experts it is necessary to conduct the inspection as soon as possible.

                                        Respectfully Submitted
                                        By Their Attorneys,


                                        /s/ David P. Angueira
                                        _____
                                        Edward M. Swartz
                                        BBO#489540
                                        David P. Angueira
                                        BBO#019610
                                        SWARTZ & SWARTZ
                                        10 Marshall Street
                                        Boston, MA  02108
                                        (617) 742-1900

---

[1] The Plaintiff has filed a separate motion to compel inspection.

## **CERTIFICATE OF SERVICE**

      I, David P. Angueira, do hereby certify that I have served a copy of the within of Plaintiff's Motion to Expedite the Time for Defendant's Response to the Plaintiff's Motion upon the Defendants by mailing same, first class mail, postage prepaid, to all counsel, to wit:

Richard F. Faille, Esq.
Faille, Birrell & Daniels
22nd Floor
1414 Main Street
Springfield, MA 01144

James F. Roux, Esq.,
Smith & Brink, PC
191 Chestnut Street - Suite 3D
Springfield MA  01103

/s/ David P. Angueira
_____
David P. Angueira, BBO# 019610

Dated: April 11, 2005