

Swartz & Swartz
ATTORNEYS AT LAW
The John & Ebenezer Hancock House on The Freedom Trail
NUMBER TEN MARSHALL ST., BOSTON, MASSACHUSETTS 02108
617-742-1900   •   FAX • 617-367-7193

April 5, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Richard F. Faille, Esq.
Law Offices of Donald E. Phillips
One Monarch Place
1414 Main Street – Suite 2200
Springfield, MA 01144

Re:    Johanz X. Santos, ppa Denise Colon, Individually, Jesus Santos
       v. Bob's Discount Furniture, Regent's Home Delivery, Agniliz Acostas, Raul
       Santos
       <u>U.S.D.C. Civil Action No. 03-CV-12210-MAP</u>

Dear Attorney Faille:

Please provide me with the dimensions of the truck involved in my client's accident, along with any photographs of the truck you may have. Additionally, I am requesting an opportunity to inspect the truck in preparation for expert disclosures. I would like to inspect the actual truck, however, if it is not available we can inspect a substantially similar one. Since the deadline for our disclosure is May 1, 2005. Please provide this information as soon as possible.

Should you have any questions, please feel free to contact me. Thank you for your attention in this matter.

Yours truly,

David P. Angueira

DPA/kjb
cc:   James R. Roux, Esq.

RECEIVED
APR 0 6 2005
LAW OFFICE OF
DONALD E. PHILLIPS