UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JOHANZ X. SANTOS, ppa, DENISE COLON, Individually, JESUS SANTOS,<br>　　　Plaintiffs | )  C.A. NO.: 03-cv-12210-KPN<br>)<br>)<br>) |
| VS. | )<br>) |
| BOB'S DISCOUNT FURNITURE, REGENT HOME DELIVERY, AGNILIZ ACOSTAS, RAUL SANTOS,<br>　　　Defendants | )<br>)<br>)<br>) |

### DEFENDANT, BOB'S DISCOUNT FURNITURE'S, MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant, Bob's Discount Furniture, and says that there are no issues of material fact in dispute and it moves for summary judgment as a matter of law.

### REQUEST FOR HEARING

The Defendant requests a hearing on the above Motion.

　　　　　　　　　　　　　　THE DEFENDANT,
　　　　　　　　　　　　　　BOB'S DISCOUNT FURNITURE
　　　　　　　　　　　　　　By Its Attorney


　　　　　　　　　　　　　　/s/ Richard F. Faille
　　　　　　　　　　　　　　Richard F. Faille, Esquire
　　　　　　　　　　　　　　Law Offices of Donald E. Phillips
　　　　　　　　　　　　　　1414 Main Street, Suite 2200
　　　　　　　　　　　　　　Springfield, MA  01144
　　　　　　　　　　　　　　(413) 747-5170, BBO#:  157640
　　　　　　　　　　　　　　Fax No.:  (413) 739-0221
　　　　　　　　　　　　　　Richard.Faille@stpaultravelers.com