UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JOHANZ X. SANTOS, ppa, DENISE COLON, Individually, JESUS SANTOS,    Plaintiffs | )  C.A. NO.: 03-cv-12210-KPN )  )  ) |
| VS. | )  ) |
| BOB'S DISCOUNT FURNITURE, REGENT HOME DELIVERY, AGNILIZ ACOSTAS, RAUL SANTOS,    Defendants | )  )  )  ) |

**CONCISE STATEMENT OF THE DEFENDANT, BOB'S DISCOUNT FURNITURE, IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

1. The accident occurred on March 30, 2002 on 27 Federal Street, Springfield (Answer to Interrogatory #4 of Denise Colon Santos).

2. There are "no parking" signs along the entire Federal Street (deposition Agniliz Acostas, p. 36, line 11-13).

3. Just prior to the accident, Johanz Santos was playing baseball with other children at 27 Federal Street (Answer to Interrogatory #4, Denise Colon Santos).

4. At the time of the accident there was a truck under the control of the Defendant, Bob's Discount Furniture, parked parallel to the curb in front of 27 Federal Street (Stipulation 9/24/2004, Interrogatories 4 and 5, Denise Colon Santos).

5. There was a "no parking" sign near where the truck was parked (Answer to Interrogatory #5, Denise Colon Santos).

6. Johanz Santos ran into the road chasing a ball in front of the truck and was struck by an automobile operated by Raul Santos (id).

THE DEFENDANT,
BOB'S DISCOUNT FURNITURE
By Its Attorney

/s/ Richard F. Faille
Richard F. Faille, Esquire
Law Offices of Donald E. Phillips
1414 Main Street, Suite 2200
Springfield, MA  01144
(413) 747-5170, BBO#:  157640
Fax No.:  (413) 739-0221
Richard.Faille@stpaultravelers.com