Agniliz Acostas

```
1                                    Volume I, Pgs. 1-46
2         COMMONWEALTH OF MASSACHUSETTS
3     Hampden, ss              Superior Court
4                              No.03-Cv-12210MLW
5  JOHANZ X. SANTOS, PPA,       )
6  DENISE COLON,                )
7  DENISE COLON, INDIVIDUAL,    )
   JESUS SANTOS,                )
            Plaintiffs          )
   v.                           )
   BOB'S DISCOUNT FURNITURE;    )
   REGENT HOME DELIVERY;        )
   AGNILIZ ACOSTAS;             )
   RAUL SANTOS,                 )
            Defendants          )
```

DEPOSITION OF AGNILIZ ACOSTAS

Friday, October 29, 2004

10:12 a.m.

FACCHINI & FACCHINI, P.C.

824 Liberty Street

Springfield, Massachusetts 01101-4052

- Terri Clarno --

JONES REPORTING COMPANY
617-451-8900

36

A. Yes.

Q. In relationship to the front of the truck, where was the sign?

4   A. The sign of -- I really don't understand
5   the question. Can you repeat it again?

6   Q. You said you saw a sign that said "no
7   parking," right?

8   A. That's correct.

9   Q. In relationship to the truck, where was the sign?

11  A. The sign was in front of the truck and there were signs along the entire street that said
13  no parking."

Q. The sign in front of the truck, how far was
15  it in front of the truck?

A. It was not very far.

Q. How far is "not very far"?

A. I wouldn't be able to tell you in feet or yards exactly, but it was not very far.

Q. which way was the sign facing in relationship to the truck?

A. Yes. You could read it from the front.

Q. My question was, which way was the sign pointing; was it pointing toward the street, away

36

    A. Yes.

    Q. In relationship to the front of the truck, where was the sign?

4    A. The sign of -- I really don't understand

5 the question. Can you repeat it again?

6    Q. You said you saw a sign that said "no

7 parking," right?

8    A. That's correct.

9    Q. In relationship to the truck, where was the sign?

11    A. The sign was in front of the truck and there were signs along the entire street that said

13 no parking."

    Q. The sign in front of the truck, how far was

15 it in front of the truck?

    A. It was not very far.

    Q. How far is "not very far"?

    A. I wouldn't be able to tell you in feet or yards exactly, but it was not very far.

    Q. which way was the sign facing in relationship to the truck?

    A. Yes. You could read it from the front.

    Q. My question was, which way was the sign pointing; was it pointing toward the street, away