UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

C.A. NO.: 03-12210MLW  MAP

JOHANZ X. SANTOS, ppa DENISE
COLON, DENISE COLON, Individually,
JESUS SANTOS,
    Plaintiffs

v.

BOB'S DISCOUNT FURNITURE;
REGENT HOME DELIVERY;
AGNILIZ ACOSTAS; and RAUL SANTOS
    Defendants

### STIPULATION OF DIMSSIAL (with Prejudice) AS TO DEFENDANTS, AGNILIZ ACOSTAS AND RAUL SANTOS (ONLY)

Now come all parties through counsel and hereby stipulate that Plaintiffs' Complaint against the Defendants, Agniliz Acostas and Raul Santos, (only), be dismissed with prejudice and without costs.

The Defendants,
Agniliz Acostas and Raul Santos
By their Attorneys,

_____
James F. Roux, Esq.
BBO # 553142
William Tait, Esq.
BBO # 557527
Smith & Brink, P.C.
191 Chestnut Street
Suite 3D
Springfield, MA 01103
(413) 746-8122

Date: 3/31/05

F:\JimRoux\22221\StipulationofDismissal.doc

1

The Defendant,
Bob's Discount Furniture, Inc.
By Its Attorney,

_____          Date: 3/29/05
Richard F. Faille, Esq.
BBO# 157640
Law Offices of Donald E. Phillips
1414 Main Street, Suite 2200
Springfield, MA  01144
Tel: (413) 747-5170


For the Plaintiffs
Johanz X. Santos, ppa Denise Colon,
Denise Colon, Individually, Jesus Santos
By their Attorney,

_____          Date: 3/10/05
David P. Angueira, Esq.
BBO#019610
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
Tel: 617-742-1900

2