UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHISETTS

| | |
|---|---|
| JOHANZ X. SANTOS, ppa, DENISE COLON, ) <br> DENISE COLON, Individually, JESUS SANTOS, ) <br> ) <br>             Plaintiffs,     ) <br> ) <br>             v.     ) <br> ) <br> BOB'S DISCOUNT FURNITURE; REGENT ) <br> HOME DELIVERY; AGNILIZ ACOSTAS; ) <br> RAUL SANTOS, ) <br> ) <br>             Defendants.     ) <br> _____ ) | C.A. No.: 03- 12210 MLW |

**PLAINTIFF'S REQUEST FOR HEARING**

Now comes the plaintiff and request a hearing regarding this matter.

                                The Plaintiff
                                By Her Attorneys,

                                /s/David P. Angueira
                                _____
                                Edward M. Swartz
                                BBO # 489540
                                David P. Angueira
                                BBO # 019610
                                SWARTZ & SWARTZ
                                10 Marshall Street
                                Boston, MA 02108
                                (617) 742-1900

Dated: May 6, 2005