Re: <u>Johanz X. Santos, ppa, Denise Colon, Denise Colon, Individually, Jesus Santos v. Bob's Discount Furniture, Inc.</u>
USDC C.A. NO. 03-cv-12210-KPN

Dear Attorney Angueira:

This will instruct and authorize you to dismiss all of my claims in the above referenced law suit with prejudice. I hereby relinquish all rights and claims I may have and I am doing this voluntarily and of my free will. I do not want or expect to receive any monies from any source as result of this lawsuit.

Dated: 8/June/05

_____
Jesus Santos

_____
Elizabeth Marie Hutchins
Notary Public for Massachusetts
My Comm Exp. 9/4/09